# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3456
Lower Tribunal No. 2019-DR-016766

_____

JEAN DOMINIQUE MORANCY,

Appellant,

v.

SABRINA ALEX SALOMON,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

December 9, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and GANNAM, JJ., concur.


Jean Dominique Morancy, Miramar, pro se.

Nicholas A. Shannin, of Shannin Law Firm, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED